■  In the Matter of FRANCIS A. LEES, Respondent, v FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents, and FRANCES WERNER, Appellant.—In a proceeding, *inter alia,* to validate petitions designating petitioner Francis A. Lees as a candidate in the Republican Party primary election to be held on September 9, 1980, for the public office of Representative to the United States Congress from the 7th Congressional District, the appeal is from so much of a judgment of the Supreme Court, Queens County, dated August 15, 1980 as validated said petitions. Judgment affirmed insofar as appealed from, without costs or disbursements. Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur; Weinstein, J., not voting.

■  In the Matter of BRIAN C. NIXON, Appellant, v ALFRED A. DELLIBOVI, Respondent, and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.—In a proceeding, *inter alia,* to validate petitions designating appellant Brian C. Nixon as a candidate in the Republican Party primary election to be held on September 9, 1980 for the public office of Member of the Assembly from the 31st Assembly District, the appeal is from a judgment of the Supreme Court, Queens County, dated August 13, 1980, which dismissed the proceeding. Judgment affirmed, without costs or disbursements. No opinion. Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur; Weinstein, J., not voting.

■  In the Matter of BENJAMIN S. ROSENTHAL, Respondent, v FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents, and ALBERT LEMISHOW, Appellant.—In a proceeding to validate petitions designating petitioner Benjamin S. Rosenthal as a candidate in the Liberal Party primary election to be held on September 9, 1980, for the public office of Representative to the United States Congress from the 8th Congressional District, the appeal is from a judgment of the Supreme Court, Queens County, dated August 14, 1980, which granted the application. Judgment affirmed, without costs or disbursements. No opinion. Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur; Weinstein, J., not voting.